# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2026 WY 74

*April Term, A.D. 2026*

July 8, 2026

FLOYD RAIN JAMES STOCKS,

**Appellant
(Defendant),**

**v.**

**THE STATE OF WYOMING,**

**Appellee
(Plaintiff).**

S-26-0062

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]  **This matter** came before the Court upon its own motion following notification that Appellant has filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to six counts of sexual abuse of a minor in the second degree.  Wyo. Stat. Ann. § 6-2-315(a)(ii).  The district court imposed a sentence of 8 to 12 years on four counts, and 10 to 20 years on two counts, with each count running consecutively.  Appellant filed this appeal to challenge the district court's December 12, 2025, Judgment and Sentence.

[¶2]  On May 7, 2026, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant has filed a *pro se* brief in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, Appellant's *pro se* brief, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Floyd Rain James Stocks, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sweetwater County District Court's December 12, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 8th day of July, 2026.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**